# JULY TERM, 1869, AT LANSING.

---

## The People ex rel. Michael Finnegan v. Board of Supervisors of Houghton County.

*Practice in the Supreme Court: Service of notice.* Notice of motion, after appearance, must be served upon the counsel, and not upon the party.

*Heard and decided, July 7.*

Motion for a change of venue.

Notice of the motion in this case having been served upon the Clerk of the Board of Supervisors, instead of the counsel, who had appeared in the cause, the Court refused to hear the same.

*C. I. Walker,* for the relator.